■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRIAN ZAFARANO, Appellant. [654 NYS2d 638] —Appeal by the defendant from a judgment of the County Court, Orange County (Berry, J.), rendered May 22, 1996, convicting him of attempted robbery in the second degree, after a nonjury trial, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see, People v Contes,* 60 NY2d 620, 621), we find that it was legally sufficient to establish the defendant's guilt of attempted robbery in the second degree beyond a reasonable doubt (*see,* Penal Law §§ 110.00, 160.10 [2] [b]). Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]).

We note that the trial court granted the defendant's postverdict motion to vacate its verdict with respect to the count of attempted petit larceny. Miller, J. P., Sullivan, Pizzuto and Goldstein, JJ., concur.